# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0764, <u>Peter N. Bookas v. Irene Liakakos</u>, the court on June 19, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Peter Bookas, appeals an order of the Superior Court (<u>Temple</u>, J.) dismissing, for failure to state a claim, his complaint against the defendant, Irene Liakakos. The plaintiff contends that "[t]his case should be remanded to the superior court for an oral hearing and reconsideration" because he has new evidence, consisting of his affidavit, that the defendant "made a misrepresentation when conveying to herself joint tenant rights" in real property belonging to him and that the defendant "made materially false statements that the document [he] was signing . . . was a will."

It is a long-standing rule that parties may not have judicial review of issues they did not raise in the trial court. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004). The record does not establish that the plaintiff moved to amend his complaint to include the alleged misrepresentations, <u>see</u> <u>Tessier v. Rockefeller</u>, 162 N.H. 324, 332 (2011) (stating fraud must be pleaded with specificity), or otherwise brought the new allegations to the trial court's attention in a timely motion for reconsideration, <u>see</u> <u>Super. Ct. Civ. R.</u> 12(e); <u>N.H. Dep't of Corrections v. Butland</u>, 147 N.H. 676, 679 (2002). Therefore, we conclude that the plaintiff's argument is not preserved for our review.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**
